1 | BENJAMIN B. WAGNER
United States Attorney
2 | JEREMY J. KELLEY
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900

6 | Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-MJ-00003 EFB |
|---|---|
| Plaintiff, | FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME |
| v. | |
| IVAN LOUIS SEBASTIAN RAMIREZ, | DATE: February 1, 2016
TIME: 2:00 p.m.
COURT: Hon. Carolyn C. Delaney |
| Defendants. | |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on February 1, 2016, and has heard from the parties. The Court hereby finds that the Stipulation and parties' representations, which this Court incorporates by reference into this Order, demonstrate good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth by the parties, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

///

[PROPOSED] FINDINGS AND ORDER

1

THEREFORE, FOR GOOD CAUSE SHOWN:

    1. The date of the preliminary hearing is extended to March 25, 2016, at 2:00 p.m.

    2. The time between February 1, 2016, and March 25, 2016, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

    3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

    IT IS SO ORDERED.

Dated:  February 2, 2016

                                                CAROLYN K. DELANEY
                                                UNITED STATES MAGISTRATE JUDGE