PHILLIP A. TALBERT
Acting United States Attorney
JEREMY J. KELLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>       v.<br><br>IVAN LOUIS SEBASTIAN RAMIREZ,<br><br>                   Defendant. | CASE NO. 2:16-CR-151-KJM<br><br>[~~PROPOSED~~] FINDINGS AND ORDER VACATING PRELIMINARY HEARING PURSUANT TO RULE 5.1(a), SETTING HEARING, AND EXCLUDING TIME |

     The Court has read and considered the Stipulation to Waive Preliminary Hearing, Set Matter Before District Court Judge, and Exclusion of Time, filed by the parties in this matter on August 9, 2016. Based upon that the Stipulation and parties' representations, which this Court incorporates by reference into this Order, the Court finds Defendant has waived his right to a preliminary hearing and hereby vacates the preliminary hearing set for August 12, 2016, pursuant to Federal Rule of Criminal Procedure 5.1(a)(1), (3). The Court will set this matter for further proceedings before the Honorable Kimberly J. Mueller on August 31, 2016, at 9:00 a.m.

     Furthermore, for the reasons set forth by the parties, the Court finds that the interests of justice served by taking this action outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE:

1. The preliminary hearing set for August 12, 2016, is vacated.

2. This matter is set for further status before the Honorable Kimberly J. Mueller on August 31, 2016, at 9:00 a.m.  Defendant shall appear at that date and time before Judge Mueller.

3. The time between August 12, 2016, and August 31, 2016, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED: August 9, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] FINDINGS AND ORDER                    2