HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Noa_Oren@fd.org

Attorneys for Defendant
IVAN LOUIS SEBASTIAN RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-0151 KJM |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO MODIFY SPECIAL CONDITION OF RELEASE |
| v. | |
| IVAN LOUIS SEBASTIAN RAMIREZ, | Date: December 22, 2016 |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jeremy Kelley, Assistant United States Attorney, attorney for Plaintiff, and Noa E. Oren, attorney for Ivan Louis Sebastian Ramirez, that release conditions #12, imposed on Mr. Ramirez on February 2, 2016 (Dckt. 6) will be modified to allow Mr. Ramirez to visit his mother (Mae Ramirez) on December 25, 2016 between 11:00 a.m.-9:00 p.m. Mae Ramirez lives at 6505 North 59th Drive, Glendale, Arizona 85301.

Pretrial services confirmed that Mr. Ramirez has been in compliance with the conditions of pretrial supervision. Pretrial Services Officers Darryl Walker and Justin Lauby are not opposed to this request. All other conditions shall remain in force. A copy of Mr. Ramirez's conditions with the requested modification is attached as *Exhibit A*.

IT IS SO STIPULATED.

DATED: December 22, 2016     HEATHER E. WILLIAMS
                             Federal Defender

                             */s/ Noa E. Oren*
                             NOA E. OREN
                             Assistant Federal Defender
                             Attorney for IVAN LOUIS RAMIREZ

DATED: December 22, 2016     PHILLIP TALBERT
                             United States Attorney

                             */s/ Jeremy J. Kelley*
                             JEREMY J. KELLEY
                             Assistant U.S. Attorney
                             Attorney for PLAINTIFF

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, that release condition #12, imposed on Mr. Ramirez on February 2, 2016 (Dckt. 6), will be modified to allow Mr. Ramirez to visit his mother on December 25, 2016 between 11:00 a.m.-9:00 p.m.

All other conditions shall remain in force.

IT IS SO ORDERED.

DATED: December 23, 2016

HON. DEBORAH BARNES
United States Magistrate Judge

# Exhibit A

## **SPECIAL CONDITIONS OF RELEASE**

Re: Ramirez, Ivan Louis Sebastian
No.: 2:16-CR-151-KJM
Date: December 22, 2016

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You shall cooperate in the collection of a DNA sample;

5. Your travel is restricted to the **Eastern District of California and the District of Arizona** unless otherwise approved in advance by the pretrial services officer;

6. You shall surrender your passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case;

7. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

8. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

9. You shall refrain from **excessive** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

10. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

11. You shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device

attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

12. **HOME DETENTION**: You shall remain inside your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other activities pre-approved by the pretrial services officer. You are permitted to visit you mother (Mae Ramirez) on December 25, 2016 between 11:00 a.m.-9:00 p.m. at 6505 North 59th Drive, Glendale, Arizona 85301;

13. You shall participate in a computer restriction and monitoring program **(for his cell phone)** as directed by the pretrial services officer. You shall allow the pretrial services officer to install monitoring software on any computers/**cell phone** to which you have access, as approved by the Court, and you shall not remove, tamper with, or in any way circumvent the software;

14. You shall not view or possess child pornography as defined by 18 USC 2256(8), except in the presence of your attorney to prepare for your defense;

15. You shall not access the Internet and you shall provide proof of the disconnection or termination of this service as required by the pretrial services officer;

16. You shall not use or possess a computer or any device capable of accessing the Internet in your residence or at any other location unless otherwise approved by the pretrial services officer;

17. You shall not loiter or be found within 100 feet of any school yard, park, playground, arcade, movie theater, or other place primarily used by children under the age of 18;

18. You shall not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18, except in the presence of another adult who is the parent or legal guardian of the minor; and

19. You shall not associate or have any contact with person who are considered alleged victims, potential witnesses and/or family members of victims/witnesses unless in the presence of counsel or otherwise approved in advance by the pretrial services officer.